```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 07 B 22822
  CONSTANCE S HUGHES
                                              CHAPTER 13

                                              JUDGE: BRUCE W BLACK

       Debtor
  SSN XXX-XX-5647


-----------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

     1.  The case was filed on 12/05/07 .

     2.  The case was dismissed without confirmation, 01/04/2008.

-----------------------------------------------------------------------
CREDITOR NAME            CLASS        CLAIM AMOUNT     INTEREST      PRINCIPAL
                                                         PAID           PAID
-----------------------------------------------------------------------

         Summary of disbursements:
-----------------------------------------------------------------------
                   SECURED    PRIORITY   UNSECURED       OTHER          TOTAL
-----------------------------------------------------------------------
TOTAL CLMS ALLOWED      .00        .00         .00         .00            .00
PRINCIPAL PAID          .00        .00         .00         .00            .00
INTEREST PAID           .00        .00         .00         .00            .00
TOTAL PAID              .00        .00         .00         .00            .00
The Debtor's attorney, PRO SE DEBTOR                , was allowed $      .00
and was paid $       .00 .

The Trustee received $       .00 .

Refunds to the Debtor totaled $       .00 .




        Dated: 04/16/08              /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE
```

```
                            PAGE   2
    CASE NO. 07 B 22822 CONSTANCE S HUGHES
```